UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD JOHNSON,

    Petitioner,

-vs-                                            Case No.   8:23-cv-39-WFJ-AAS

HILLSBOROUGH COUNTY JAIL,

    Respondent.
_____/

## ORDER

    Before the Court is Mr. Johnson's motion (Doc. 8) in which he moves the Court to reopen this case then consolidate it with four other cases he filed in this Court. He argues he intended to file a single petition for a writ of mandamus, but the Clerk misconstrued each filing as a separate civil action.

    In this action, Mr. Johnson identified his pleading as a petition for a writ of habeas corpus and sought, among other things, immediate release from incarceration. The claim is unrelated to the claims in the other actions in which he sought an investigation by the United States of alleged human trafficking. See, e.g., Case No. 8:23-cv-32-CEH-TGW (M.D. Fla.). Thus, consolidation is not warranted. And Mr. Johnson fails to demonstrate good cause to reopen this case. Accordingly, the motion (Doc. 8) is **DENIED**.

    ORDERED at Tampa, Florida, on February 10, 2023.

                                                              _____
                                                              WILLIAM F. JUNG
                                                              UNITED STATES DISTRICT JUDGE

cc: Ronald Johnson, *pro se*